No. D–554. IN RE DISBARMENT OF WOOD. Disbarment entered. [For earlier order herein, see 475 U. S. 1115.]

No. D–555. IN RE DISBARMENT OF KERPAN. Disbarment entered. [For earlier order herein, see 475 U. S. 1115.]

No. D–558. IN RE DISBARMENT OF MISHKIN. It is ordered that Stephen A. Mishkin, of Katonah, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–559. IN RE DISBARMENT OF BURKE. It is ordered that Norman Edmund Burke, of Baltimore, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–560. IN RE DISBARMENT OF HEYSER. It is ordered that Fred Peter Heyser, of Upper Marlboro, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–561. IN RE DISBARMENT OF STANTON. It is ordered that Nile Stanton, of Indianapolis, Ind., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.